384 A.2d 984

Commonwealth v. Foster, Appellant.

Argued November 23, 1977. James P. Gill, with him Spotts, Gill and Morrow, for appellant; R. Dobkin, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.